# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 2:23-CV-696 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES L. GRAHAM |
| | ) | |
| v. | ) | |
| | ) | |
| AFP 116 CORP., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

NOW COME the parties, by and through counsel, and hereby give Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). Plaintiff now desires the dismissal of all claims against Defendant with prejudice.  Each party shall bear its own costs.

Respectfully submitted,

*/s/ COLIN G. MEEKER*
Colin G. Meeker (#0092980)
2991 Millboro Road, Suite 100
Silver Lake, OH 44224
Telephone: (330) 603-7173
TheMeekerGroup@outlook.com

Attorney for Plaintiff, Spencer Neal


*/s/ ROLAND J. DE MONTE*
Roland J. Monte (#0081129)
41 South High Street, Suite 2495
Columbus, OH 43215
Telephone: (330) 283-5537
rdemonte@grsm.com

Attorney for Defendant, AFP 116 Corp.